## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Cindy S. Nesbeth AKA Cindy Nesbeth AKA Cindy Holifield AKA Cindy Sheri Holifield AKA Cindy S. Holifield AKA Cindy Sheri Nesbeth** | **BK NO. 25-02116 MJC**<br><br>**Chapter 13** |
| **Debtor(s)** | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
11 Aug 2025, 12:08:44, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322