UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                  Bankr. Case No. 25-02116-MJC-13

Cindy Sheri Nesbeth                                           Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

                                          By  /s/   Mandy Youngblood

                                       Mandy Youngblood
                                      PO Box 183853
                                      Arlington, TX  76096
                                      877-203-5538
                                      877-259-6417
                                      Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 25-02116-MJC-13

Cindy Sheri Nesbeth  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on August 11, 2025 :

| | |
|---|---|
| Vincent Rubino<br>PO BOX 511<br>STROUDSBURG, PA  18360 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx48701 / 1117243