UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Cindy Sheri Nesbeth** | : | |
| | | : | CHAPTER 13 |
| | Debtor(s) | : | |
| | | : | |
| | JACK N. ZAHAROPOULOS | : | |
| | CHAPTER 13 TRUSTEE | : | |
| | Movant | : | |
| | | : | |
| | vs. | : | |
| | | : | |
| | CINDY SHERI NESBETH | : | |
| | | : | |
| | Respondent(s) | : | CASE NO. **5:25-bk-02116** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid – 100% plan.
    b) Secured claims not in plan (Claim 3 arrears).

2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s)' Chapter 13 Plan for the following reasons:

    a) The Debtor indicated at her Section 341 Meeting that she owns real estate in Birmingham, AL that is not disclosed.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s)' plan.
   b. Dismiss or convert debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Dated: September 8, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

# CERTIFICATE OF SERVICE

   I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
STROUDSBURG, PA 18360-0511


Dated:  September 8, 2025

               /s/ Jack N. Zaharopoulos
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee