Certificate Number: 12433-PAM-DE-040096327

Bankruptcy Case Number: 25-02116



12433-PAM-DE-040096327

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2025, at 3:32 o'clock PM EDT, Cindy S. Nesbeth completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 16, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher