United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 25-02116-MJC
Cindy Sheri Nesbeth     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 23, 2025     Form ID: orsign     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| codb | + | Janice Clark, 488 McKeon St, Perth Amboy, NJ 08861-3629 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jonathan Wilkes Chatham | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@state.pa.us RA-occbankruptcy6@state.pa.us |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Cindy Sheri Nesbeth lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

William E. Craig                     on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Cindy Sheri Nesbeth,<br>aka Cindy Nesbeth, aka Cindy S. Nesbeth, aka Cindy Holifield, aka Cindy S. Holifield, aka Cindy Sheri Holifield, | Chapter 13 |
| | Case No. 5:25−bk−02116−MJC |
| **Debtor 1** | |

## Order

The Objection submitted for filing has not been signed or does not contain an original signature pursuant to FRBP 9011.

**IT IS SO ORDERED**, unless an original signed Objection is received by the Bankruptcy Clerk's Office on or before **December 30, 2025**, the Objection may be stricken by Court order and dismissed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 23, 2025

orsign(rev 05/18)