United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Cindy Sheri Nesbeth  
    Debtor

Case No. 25-02116-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

**Recip ID    Recipient Name and Address**
+     Janice Clark, 488 McKoen St., Perth Amboy, NJ 08861-3629

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jonathan Wilkes Chatham | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Cindy Sheri Nesbeth lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

William E. Craig     on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE: ) <br> CINDY SHERI NESBETH ) <br> **Debtor(s)** ) <br> ) <br> SANTANDER BANK, N.A., AS SERVICER ) <br> FOR SANTANDER CONSUMER USA INC. ) <br> **Movant** ) <br> ) <br> v. ) <br> ) <br> CINDY SHERI NESBETH ) <br> JANICE CLARK ) <br> **Respondent(s)** ) <br> ) <br> JACK N. ZAHAROPOULOS ) <br> **Trustee** ) | Case No. 5:25-bk-02116-MJC <br><br> Chapter 13 <br><br><br><br><br><br><br> 11 U.S.C. 362 <br><br> 11 U.S.C. 1301 |

## ORDER VACATING THE AUTOMATIC STAY
## AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Bank, N.A., as servicer for Santander Consumer USA Inc., under Bankruptcy Code Sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, Doc. 26 ("Motion"), Debtor's Answer filed in response thereto, Doc. 29 ("Answer"), after a hearing held on January 6, 2026, and for good cause shown; it is hereby

**ORDERED** that the Motion is **GRANTED** and the automatic stay of the Bankruptcy Code Section 362(a) and the co-debtor stay of the Bankruptcy Code Section 1301 are vacated pursuant to the authority granted in Fed. R. Bankr. P., Rule 4001(a)(4) to permit the movant to pursue the movant's rights in the personal property described as a **2018 BMW 6 Series** bearing vehicle identification number WBAJV6C54JBK07459 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 6, 2026