THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CINDY NESBETH  Case No. 25-02116

Debtor(s)  Chapter 13

## WITHDRAWAL OF PROOF OF CLAIM

    Creditor, REVCO SOLUTIONS, INC., hereby WITHDRAWS the Proof of Claim filed on 09/03/2025 and listed as claim number 5 on the claims register, for account number ending in 8976 , and in the amount of $750.14 , for the following reason: the account has been returned to the client.

    I, the undersigned, do hereby certify that a copy of the foregoing Withdrawal of Proof of Claim was served on 1/29/2026 , via the method referenced below:

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee (via ECF)*

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
Email: VRubino@newmanwilliams.com
*Counsel for Debtor(s) (via ECF)*

                                                By: */s/ Eileen T. Ewertz*
                                                    Bankruptcy Support
                                                    REVCO SOLUTIONS, INC.
                                                    PO BOX 58
                                                    FORT MORGAN, CO 80701