United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 25-02116-MJC

Cindy Sheri Nesbeth                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                          Page 1 of 3

Date Rcvd: Feb 20, 2026                 Form ID: ordsmiss                        Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy Sheri Nesbeth, 302 Addison Road, Stroudsburg, PA 18360-7907 |
| codb | + | Janice Clark, 488 McKeon St, Perth Amboy, NJ 08861-3629 |
| 5745122 | + | America's First Federal Credit Union Paid Direct, PO Box 11349, Birmingham, AL 35202-1349 |
| 5730004 | + | DANIELLE DILEVA, ESQ., KML LAW GROUP, 701 MARKET STREET; SUITE #5000, PHILADELPHIA, PA 19106-1541 |
| 5730007 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Feb 20 2026 18:35:13 | REVCO SOLUTIONS, INC., PO BOX 58, FORT MORGAN, CO 80701, UNITED STATES 80701-0058 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2026 18:38:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 5745221 | | Email/Text: bankruptcy@amfirst.org | Feb 20 2026 18:38:00 | America's First Federal Credit Union, PO Box 11349, Birmingham, AL 35202 |
| 5730002 | | Email/Text: bankruptcy@amfirst.org | Feb 20 2026 18:38:00 | AMFIRST, PO BOX 11349, BIRMINGHAM, AL 35202 |
| 5734870 | | EDI: PHINAMERI.COM | Feb 20 2026 23:37:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5731971 | + | EDI: PHINAMERI.COM | Feb 20 2026 23:37:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5730003 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 20 2026 18:38:45 | CAINE & WEINER, 5805 SEPULVEDA BLVD 4TH FL, SHERMAN OAKS, CA 91411 |
| 5747477 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:40:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5748036 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 20 2026 18:38:00 | MARINER FINANCE LLC, 8110 CORPORATE DRIVE, NOTTINGHAM, MD 21236-5034 |
| 5741608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2026 18:40:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5730005 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2026 18:40:45 | MERRICK BANK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5730006 | | Email/Text: nlorenz@bankofmissouri.com | Feb 20 2026 18:38:00 | MID AMERICA BANK & TRUST, PO BOX 400, DIXON, MO 65459-0400 |
| 5730008 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 20 2026 18:38:00 | PNC BANK, PO BOX 1820, DAYTON, OH |

| | | | |
|---|---|---|---|
| | | | 45401-1820 |
| 5744859 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 20 2026 18:38:00 | PNC Bank, National Association, c/o PNC Bank N.A., 3232 Newmark Drive, Miamisburg Ohio 45342 |
| 5748263 | EDI: PRA.COM | | |
| | | Feb 20 2026 23:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5732097 | + EDI: PENNDEPTREV | | |
| | | Feb 20 2026 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5738450 | ^ MEBN | | |
| | | Feb 20 2026 18:35:12 | REVCO SOLUTIONS INC., PO Box 58, Fort Morgan CO 80701-0058 |
| 5730009 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 20 2026 18:38:00 | SANTANDER CONSUMER USA, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 5732254 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 20 2026 18:38:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5732631 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 20 2026 18:38:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5745451 | EDI: AIS.COM | | |
| | | Feb 20 2026 23:37:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5731972 | *+ | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 5734908 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Jonathan Wilkes Chatham | |

on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@state.pa.us  RA-occbankruptcy6@state.pa.us

Matthew K. Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Cindy Sheri Nesbeth lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Cindy Sheri Nesbeth,<br>aka Cindy Nesbeth, aka Cindy S. Nesbeth, aka Cindy<br>Holifield, aka Cindy S. Holifield, aka Cindy Sheri<br>Holifield, | Chapter     13 |
| | Case No.     5:25−bk−02116−MJC |

    **Debtor 1**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 20, 2026

ordsmiss (05/18)